UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

BRUCE WILKES,

                                             Plaintiff,

                -against-

CITY OF NEW YORK, et al.,

                                         Defendants.

------------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

14-CV-6042 (JG) (RLM)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice.

Leventhal & Klein, LLP
*Attorneys for Plaintiff Bruce Wilkes*
45 Main Street, Suite 230
Brooklyn, NY 11201
718-722-4100

By: _____
Brett H. Klein
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-132
New York, New York 10007

By: _____ 6/18/15
Peter Fogarty
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. JOHN GLEESON
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
          _____, 2015